IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL J. SCHLEMER,

Plaintiff,

v.

ROBERT L. VICO,

Defendant.

Case No. 15-cv-622 JPG/RJD

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated: October 5, 2016          JUSTINE FLANAGAN, Acting Clerk of Court

                                *s/Tina Gray*, **Deputy Clerk**


**Approved:**     *s/J. Phil Gilbert*
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**